UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PABLO ARTURO PALOZ (2),

        Defendant.

CASE NO. 12CR0209-MMA

**JUDGMENT OF DISMISSAL**

FILED 2012 MAR 28 AM 8:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

_____

_____

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 27, 2012

                                William V. Gallo
                                U.S. Magistrate Judge